## MICHAEL DOE *v.* THE HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court (AC 29511) is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Roger J. Frechette,* in support of the petition.

*William F. Gallagher* and *Thomas M. McNamara,* in opposition.

Decided September 5, 2008

## MARVIN WOOTEN *v.* COMMISSIONER OF CORRECTION

The petitioner Marvin Wooten's petition for certification for appeal from the Appellate Court, 104 Conn. App. 793 (AC 27575), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Christopher M. Neary,* special public defender, in support of the petition.

Decided August 5, 2008